# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 12, 2015

## NO. 03-14-00296-CV

**City of Bertram, Texas, Appellant**

**v.**

**Vicki Reinhardt, Appellee**

## APPEAL FROM 53RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
## REVERSED AND REMANDED -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the order signed by the district court on April 22, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's order. Therefore, the Court reverses the district court's order and remands the case to the district court for further proceedings, including an opportunity for Reinhardt to replead. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.